UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                :    Case No.:    11-47733
John B Carr and Kimberlyn Carr                      :
                                                                        :    Adv. No.:    _____
                                                                        :
                                                                        :    Judge:         Sherwood
                        Debtor (s),                           :
_____ :    Chapter:       13

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____John K. Sherwood_____, United States Bankruptcy Judge.

**Reason for Hearing:**       Certification in Opposition to Certification of
                                              Default of Standing Trustee. re; Debtors
                                              failure to make plan payments

**Location of Hearing:**     Courtroom No. 3D
                                             US BANKRUPTCY COURT
                                             50 WALNUT STREET, 3RD FL
                                             NEWARK, NJ 07102

**Date and Time:**               September 22, 2016 @ 9:00 am,
                                             or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**     ✔ ARE REQUIRED     ____ ARE NOT REQUIRED


DATED:    August 15, 2016                              JAMES J. WALDRON, Clerk


## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on August 15_____, 20 16 the foregoing notice was served on the following:
Debtor, Debtor's Attorney, Trustee



JAMES J. WALDRON, Clerk


*Last revised 10-15-03  jml*

United States Bankruptcy Court
District of New Jersey

In re:
John B Carr
Kimberlyn Carr
    Debtors

Case No. 11-44733-JKS
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 1         Date Rcvd: Aug 15, 2016
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2016.
db/jdb        +John B Carr,   Kimberlyn Carr,   249 Elm Avenue,   Teaneck, NJ 07666-2323

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2016 at the address(es) listed below:
     Cassandra C. Norgaard    on behalf of Debtor John B Carr cnorgaard@norgaardfirm.com, sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
     Cassandra C. Norgaard    on behalf of Joint Debtor Kimberlyn  Carr cnorgaard@norgaardfirm.com, sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
     Frances  Gambardella    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-9 bankruptcynotice@zuckergoldberg.com
     Gavin N. Stewart    on behalf of Creditor   Specialized Loan Servicing LLC, as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series BKNJ@buckleymadole.com
     Jennifer R. Gorchow    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-9 nj.bkecf@fedphe.com
     John  O'Boyle    on behalf of Joint Debtor Kimberlyn  Carr joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
     John  O'Boyle    on behalf of Debtor John B Carr joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
     Joshua I. Goldman    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC.,ASSET-BACKED CERTIFICATES, SERIES 2007-9 jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
     Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                                               TOTAL: 9