| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on November 17, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey |
| IN RE:<br><br>    JOHN B CARR<br>    KIMBERLYN CARR | Case No.:  11-44733 JKS<br><br>Hearing Date:  11/10/2016 |

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED:** November 17, 2016

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): JOHN B CARR
KIMBERLYN CARR

Case No.: 11-44733

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 11/10/2016 on notice to JOHN O'BOYLE, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file modified plan by 11/17/2016 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Modified Plan has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.