Form 185 – ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 11−44733−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John B Carr                                     Kimberlyn Carr
249 Elm Avenue                          249 Elm Avenue
Teaneck, NJ 07666                      Teaneck, NJ 07666

Social Security No.:
  xxx−xx−2857                               xxx−xx−8475

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 13, 2015.

On 11/17/16 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:            January 12, 2017
Time:            09:00 AM
Location:       Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: November 18, 2016
JJW: dmc

James J. Waldron
Clerk

```
                            United States Bankruptcy Court
                                  District of New Jersey

In re:                                                              Case No. 11-44733-JKS
John B Carr                                                         Chapter 13
Kimberlyn Carr
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Nov 18, 2016
                              Form ID: 185             Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2016.
db/jdb         +John B Carr,    Kimberlyn Carr,    249 Elm Avenue,    Teaneck, NJ 07666-2323
cr             +SPECIALIZED LOAN SERVICING LLC,    PO Box 9013,    Addison, TX 75001-9013
cr             +Specialized Loan Servicing LLC, as servicing agent,    c/o Buckley Madole, P.C.,
                 P.O. Box 22408,    Tampa, FL 33622-2408
512588601      +ACS/Homebanc NA,    501 Bleeker Street,    Utica, NY 13501-2401
512588603      +BAC Home Loans Servicing LP,    450 American St SV416X,    Simi Valley, CA 93065-6285
512588605       CBCS,   PO Box 164089,    Columbus, OH 43216-4089
512588604       Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
512648514       Capital One Bank (USA), N.A. by American InfoSourc,    PO Box 71083,    Charlotte, NC 28272-1083
512684292       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
512588606      +Chase/Bank One Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
512642032      +Department Stores National Bank/Visa,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
512627419       FC Finance LLC as servicer for,    DB50 HVAC 2005-1 Trust,    P.O. Box 795489,
                 Dallas, TX 75379-5489
512627451       FCC Finance LLC as servicer for,    DB50 HVAC 2005-1 Trust,    P.O. Box 795489,
                 Dallas, TX 75379-5489
512588607      +Faloni & Associates,    165 Passaic Ave Ste 301B,    Fairfield, NJ 07004-3592
512588610       GEM Recovery Systems,    PO Box 85,    Emerson, NJ 07630-0085
512588613      +HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
512588614      +HSBC/Hosuehold Finance Corp.,    PO Box 3425,    Buffalo, NY 14240-3425
512588612      +Hackensack Medical Center,    20 Prospect Ave,    Hackensack, NJ 07601-1997
512649757      +Household Finance Corporation III,    636 Grand Regency Boulevard,    Brandon, FL 33510-3942
515182931      +Landmark Asset Receivables Management,    7340 S Kyrene Rd,    Recovery Dept - T120,
                 Tempe, AZ 85283-4573
515182932      +Landmark Asset Receivables Management,    7340 S Kyrene Rd,    Recovery Dept - T120,
                 Tempe, AZ 85283,    Landmark Asset Receivables Management,    7340 S Kyrene Rd 85283-4573
512588615      +Lyons Doughty & Veldhuis,    136 Gaither Dr. Ste 100,    Mt. Laurel, NJ 08054-2239
512588616      +Mattleman, Weinroth & Miller,    401 Route 70 East Ste 100,    Cherry Hill, NJ 08034-2410
512588617      +North Jersey Orthopaedic Specialists, PA,    730 Palisade Ave,    Teaneck, NJ 07666-3144
514767479      +Specialized Loan Servicing, LLC,    Attention Bankruptcy Department,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
514767480      +Specialized Loan Servicing, LLC,    Attention Bankruptcy Department,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129,
                 Specialized Loan Servicing, LLC,    Attention Bankruptcy Department 80129-2386
512776780      +THE BANK OF NEW YORK MELLON,    ZUCKER, GOLDBERG & ACKERMAN, LLC,
                 200 Sheffield Street, Suite 101,    Mountainside, NJ 07092-2315
512588618      +Target National Bank,    PO Box 673,    Minneapolis, MN 55440-0673
515758401      +The Bank of New York Mellon, Trustee (See B10),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
512588619      +Traffic Safety & Equipment,    C/O Rosenthal, Morgan & Thomas,    12747 Olive Blvd. Ste 250,
                 St Louis, MO 63141-6278
514620001       U. S. Department of Education,    c/o FedLoan Servicing,    P. O. Box 69184,
                 Harrisburg, PA 17106-9184
512588621      +US Dept. Of Ed - Direct Loans,    PO Box 5609,    Greenville, TX 75403-5609
512588620      +United Consumer Financial,    865 Bassett Rd,    Westlake, OH 44145-1194
512588622      +Verizon NJ,    500 Technology Dr,    Weldon Spring, MO 63304-2225
512588623      +Visa/Dept Stores National Bank,    PO Box 8218,    Mason, OH 45040-8218
512588624      +William Stadtmauer, Esq.,    150 Clove Road 2nd Fl,    Little Falls, NJ 07424-2139

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 19 2016 02:27:08      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 19 2016 02:27:05      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd., One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
512588602       E-mail/Text: bnc@trustamerifirst.com Nov 19 2016 02:26:57      Amerifirst Home Improvement,
                 4405 S 96th St,    Omaha, NE 68127-1210
512588608       E-mail/Text: bnc@trustamerifirst.com Nov 19 2016 02:26:57      Federal Diversified Svc,
                 4405 S 96th St,    Omaha, NE 68127
512619897       E-mail/Text: bnc@trustamerifirst.com Nov 19 2016 02:26:57      Amerifirst Home Improvement,
                 11171 Mill Valley Rd,    Omaha NE 68154
512751820      +E-mail/Text: ally@ebn.phinsolutions.com Nov 19 2016 02:26:24
                 Ally Financial Inc. f/k/a GMAC Inc.,    P O Box 130424,    Roseville, MN 55113-0004
512588609      +E-mail/Text: legal@firstconsumercredit.com Nov 19 2016 02:26:28      First Consumer Credit,
                 405 State Hwy 121,    Lewsville, TX 75067-8214
512588611      +E-mail/Text: ally@ebn.phinsolutions.com Nov 19 2016 02:26:24      GMAC,   PO Box 380901,
                 Bloomington, MN 55438-0901
512673920       E-mail/Text: bkyelectnotices@tgslc.org Nov 19 2016 02:27:31      HOMEBANC N. A.,
                 c/o Texas Guaranteed Student Loan Corpor,    P. O. Box 83100,   Round Rock, TX 78683-3100
513019051       E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 19 2016 02:27:18      JEFFERSON CAPITAL SYSTEMS LLC,
                 PO BOX 7999,    ST CLOUD MN 56302
```

```
District/off: 0312-2           User: admin              Page 2 of 2                   Date Rcvd: Nov 18, 2016
                               Form ID: 185             Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
512660096       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 19 2016 02:27:04     Midland Credit Management, Inc.,
                 8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
512922043        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 19 2016 02:42:58
                 Portfolio Recovery Associates, LLC,   POB 41067,   NORFOLK, VA 23541
512706062       +E-mail/Text: bncmail@w-legal.com Nov 19 2016 02:27:15     TARGET NATIONAL BANK,
                 C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
512707320       +E-mail/Text: bkyelectnotices@tgslc.org Nov 19 2016 02:27:31
                 Texas Guaranteed Student Loan Corp,   Attn: Bankruptcy,   PO BOX 83100,
                 Round Rock Tx 78683-3100
                                                                                               TOTAL: 14

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2016 at the address(es) listed below:
```
              Cassandra C. Norgaard    on behalf of Debtor John B Carr cnorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Cassandra C. Norgaard    on behalf of Joint Debtor Kimberlyn  Carr cnorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Frances  Gambardella    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED
               CERTIFICATES, SERIES 2007-9 bankruptcynotice@zuckergoldberg.com
              Francesca Ann Arcure    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC
               nj_ecf_notices@buckleymadole.com
              Gavin N. Stewart    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for
                The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of
               the CWABS, Inc., Asset-Backed Certificates, Series BKNJ@buckleymadole.com
              Jennifer R. Gorchow    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED
               CERTIFICATES, SERIES 2007-9 nj.bkecf@fedphe.com
              John  O'Boyle    on behalf of Debtor John B Carr joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              John  O'Boyle    on behalf of Joint Debtor Kimberlyn  Carr joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
                AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC.,ASSET-BACKED CERTIFICATES,
               SERIES 2007-9 jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                               TOTAL: 10
```