Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

        Case No.:  11−44733−JKS  
        Chapter:  13  
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| John B Carr | Kimberlyn Carr |
| 249 Elm Avenue | 249 Elm Avenue |
| Teaneck, NJ 07666 | Teaneck, NJ 07666 |

Social Security No.:  
 xxx−xx−2857              xxx−xx−8475

Employer's Tax I.D. No.:

**FINAL DECREE**

  The estate of the above named debtor(s) has been fully administered.

  If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

  ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>May 9, 2017</u>      <u>John K. Sherwood</u>  
            Judge, United States Bankruptcy Court